✓ FILED _____ ENTERED
✓ LODGED _____ RECEIVED

JUL 07 2000

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

CC: TO JUDGE MR

Hon. Barbara J. Rothstein

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEDRA ASHLEY, | NO. C99-1494R |
| Plaintiff, | |
| v. | STIPULATION FOR AND ORDER OF DISMISSAL |
| REGIS CORPORATION, A Minnesota Corporation, dba HAIRMASTERS, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their undersigned counsel of record, that the above-entitled matter may be dismissed with prejudice and without costs to any party herein.

WEST & WING PLLC

Date 7/5/00

By _____
JESSE WING, WSBA #27751
Attorneys for Plaintiff

SLOAN BOBRICK & OLDFIELD, INC. P.S.

Date 7/6/00

By _____
SANDRA B. BOBRICK, WSBA #11359
Attorneys for Defendant

STIPULATION FOR AND ORDER OF DISMISSAL - 1
L:\7579\PLEADING\Dismissal.wpd

LAW OFFICES
SLOAN BOBRICK & OLDFIELD, INC. P.S.
P O BOX 7127   2601 NORTH ALDER STREET
TACOMA, WA 98407-0127
(253)759-9500
SEATTLE (253)838-0589
FAX (253)752-5324

## ORDER

PURSUANT TO THE FOREGOING STIPULATION for an order of dismissal with prejudice and without costs, it is hereby

ORDERED, ADJUDGED AND DECREED that the above-entitled matter be and the same is hereby dismissed with prejudice and without costs to any party herein.

DONE IN OPEN COURT this 7th day of July, 2000.

_____
JUDGE/~~COURT COMMISSIONER~~

**Presented by:**

SLOAN BOBRICK & OLDFIELD, INC. P.S.

By _____
SANDRA B. BOBRICK, WSBA #11359
Attorneys for Defendant

**Approved as to Form, Notice of Presentation Waived:**

WEST & WING PLLC

By _____
JESSE WING, WSBA #27751
Attorneys for Plaintiff

STIPULATION FOR AND ORDER OF DISMISSAL - 2
L:\7579\PLEADING\Dismissal.wpd

LAW OFFICES
SLOAN BOBRICK & OLDFIELD, INC. P.S.
P.O. BOX 7127  2601 NORTH ALDER STREET
TACOMA, WA 98407-0127
(253)759-9500
SEATTLE (253)838-0589
FAX (253)752-5324